## PENALTY PAGE

**CASE STYLE:**        UNITED STATES v. SCHEELE

**DEFENDANT:**         MIKAYLA SCHEELE

**USAO NUMBER:**       22R00131

**AUSAS:**             Christopher J. Bodnar
                       Kasee S. Heisterhagen

**CODE VIOLATION:**

    **COUNT 1:**    18 U.S.C. § 371 (conspiracy to commit an offense)

**PENALTY:**

    **COUNT 1:**    5 yrs/$250,000/3 yrs SRT/$100 SA